UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY O'KEEFE, T18599,<br>Plaintiff,<br>v.<br>ASHLEY MULLIGAN-PFILE, M.D.,<br>Defendant(s). | Case No. 17-cv-07134-SK (PR)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE**<br><br>(ECF No. 19) |

Plaintiff has filed a motion for dismissal without prejudice of the instant prisoner action against Dr. Ashley Mulligan-Pfile for improperly rescinding plaintiff's accommodation of a cane. Plaintiff's motion is construed as a notice of voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i) and, pursuant thereto, the instant action is DISMISSED without prejudice. See American Soccer Co. v. Score First Enters., 187 F.3d 1108, 1110 (9th Cir. 1999) (plaintiff's "absolute right" to dismiss his action voluntarily before defendants serve answer or motion for summary judgment leaves no role for court to play).

But plaintiff's accompanying motion to amend to allege two unrelated inadequate medical care claims regarding a chronic shoulder problem and difficulty sleeping against his new prison doctor is DENIED without prejudice to bringing in a new action. Cf. George v. Smith, 507 F.3d 605, 607 (7th Cir. 2007) (unrelated claims against different defendants belong in different suits under federal joinder rules and under rationale of Prison Litigation Reform Act's limit of 3 frivolous suits or appeals that any prisoner may file without prepayment of required fees).

The clerk is directed to close the case and terminate all pending motions (i.e., ECF No. 19).

**IT IS SO ORDERED**.

Dated: April 16, 2018

_____
SALLIE KIM
United States Magistrate Judge